Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

APR 20 2026

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

# UNITED STATES DISTRICT COURT

for the

Northern District of Georgia

Atlanta Division

FREDERICK DONNELL LEE

_____

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

-v-

Buddy Carter, Sanford Bishop,
Brian Jack, Hank Johnson,
Raphael Warnock, Tim Scott and
et al (attach)

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. **1 : 26 -CV- 2151**

*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☑Yes ☐No

## COMPLAINT FOR A CIVIL CASE

### I.     The Parties to This Complaint

#### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | FREDERICK DONNELL LEE |
| Street Address | 543 CHEROKEE AVE SE |
| City and County | ATLANTA          FULTON |
| State and Zip Code | GA          30312 |
| Telephone Number | (821) 777-1681 |
| E-mail Address | fdl_22211@yahoo.com |

#### B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**Defendant No. 1**

Name — Buddy Carter

Job or Title (if known) —

Street Address — 1600 Pennsylvania Ave

City and County — Washington

State and Zip Code — DC    20036

Telephone Number —

E-mail Address (if known) —

**Defendant No. 2**

Name — Raphael Warnock

Job or Title (if known) — U.S. Senator

Street Address — 1600 Pennsylvania Ave

City and County — Washington

State and Zip Code — DC    20036

Telephone Number —

E-mail Address (if known) —

**Defendant No. 3**

Name — Brian Jack

Job or Title (if known) —

Street Address — 1600 Pennsylvania Ave

City and County — Washington

State and Zip Code — DC    20036

Telephone Number —

E-mail Address (if known) —

**Defendant No. 4**

Name — Hank Johnson

Job or Title (if known) —

Street Address — 1600 Pennsylvania Ave

City and County — Washington

State and Zip Code — DC    20036

Telephone Number —

E-mail Address (if known) —

 Please see → addtl pages

Page 2 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question          [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Title 28. U.S.C. § Section 1331
OCGA    (Assault & Battery)
        Bullying, Gans Activity, etc.

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* _____ , is a citizen of the State of *(name)* _____ .

b.    If the plaintiff is a corporation

The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)* _____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)* _____ , is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____ .

United States District Court
for the
Northern District of Georgia
Atlanta Division

FREDERICK DONNELL LEE
_____
Plaintiff,


v                                    Case Number:

BUDDY CARTER,
RAPHAEL WARNOCK
BRIAN JACK,
   TIM SCOTT AND ET ALL (ADOTL Defendants & pages)
_____
Defendant,

ADDITIONAL DEFENDANTS:
PLEASE KEY ALL TO THE FOLLOWING ADDRESS:

   THE WHITE HOUSE
   1600 Pennsylvania Ave
   WASHINGTON, DC 20330 (20500)


Buddy Carter — WILL APPEAR ON LIST
Sanford Bishop — WILL APPEAR ON LIST

   ALL OTHERS ARE ADDITIONAL DEFENDANTS
          FOR MAIL TO
            The Whitehouse
            1600 Pennsylvania Ave
            washington, DC 20500

Please Key ALL
TO THE FOLLOWING ADDRESS :
THE WHITE HOUSE
1600 Pennsylvania AVE    WASHINGTON DC
20500

* Tim Scott *

Buddy Carter

Sanford Bishop

Brian Jack

Hank Johnson

Nikema Williams

Lucy McBath

Rich McCormick

Austin Scott

Andrew Clyde

Mike Collins

Barry Loudermilk

Rick W. Allen

David Scott

Clay Fuller

Jon Ossoff

Raphael Warnock


Tommy Tuberville

Katie Britt

Barry Moore

Shomari Figures

Mike Rogers

Robert Aderholt

Dale Strong

Gary Palmer

Terri Sewell

SC

Lindsey Graham
Tim Scott
Nancy Mace
Joe Wilson
Sheri Biggs
William Timmons
Ralph Norman
James Clyburn
Russell Fry

(NC)

Alma S. Adams
Dan Bishop
Ted Budd
Richard Burr
G.K. Butterfield
Madison Cawthorn
Virginia Foxx
Richard Hudson
Manning, Kathy E.
Patricia T. McHenry
Gregory F. Murphy
David E. Price
Deborah K. Ross
David Rouzer
Thomas Tillis

Barry Moore
Shomari Figures
Mike Rogers
Robert Aderholt
Dale Strong
Gary Palmer
Terri Sewell

Nicholas Begich
Aumua Amata Radewagan
David Schweikert
Elijah Crane
Yassamin Ansari
Greg Stanton
Andy Biggs
Juan Ciscomani
Adelita Grijalva
Abraham Hamadeh
Paul Gosar
Eric Crawford
J. Hill
Steve Womack
Bruce Westerman
Doug La Malfa
Jared Huffman
Kevin Kiley

Mike Thompson
Tom McClintock
Ami Bera
Doris Matsui
John Garamendi
Josh Harder
Mark DeSaulnier
Nancy Pelosi
Lateefah Simon
Adam Gray
Eric Swalwell
Kevin Mullin
Sam Liccardo
Ro Khanna
Zoe Lofgren
Jimmy Panetta
Vince Fong
Jim Costa
David Valadao
Jay Obernolte
Salud Carbajal
Raul Ruiz
Julia Brownley
George Whitesides
Judy Chu
Luz Rivas

Laura Friedman
Gilbert Cisneros
Brad Sherman
Pete Aguilar
Jimmy Gomez
Norma Torres
Ted Lieu
Sydney Kamlager-Dove
Linda Sanchez
Mark Takano
Young Kim
Ken Calvert
Robert Garcia
Maxine Waters
Nanette Barragan
Derek Tran
J Correa
Dave Min
Darrell Issa
Mike Levin
Scott Peters
Sara Jacobs
Juan Vargas
Diana DeGette
Jose Neguse
Jeff Hurd

Jeff Crank
Jason Crow
Brittany Pettersen
Gabe Evans
John Larson
Joe Courtney
Rosa DeLauro
James Himes
Jahana Hayes
Sarah McBride
Eleanor Norton
Jimmy Patronis
Neal Dunn
Kat Cammack
Aaron Bean
John Rutherford
Randy Fine
Cory Mills
Mike Haridopolos
Darren Soto
Maxwell Frost
Daniel Webster
Gus Bilrakis
Anna Paulina Luna
Kathy Castor
Laurel Lee

Vern Buchanan
W. Steube
Scott Franklin
Byron Donalds
Sheila Cherfilus-McCormick
Brian Mast
Lois Frankel
Jared Moskowitz
Frederica Wilson
Debbie Wasserman
Mario Diaz-Balart
Maria Salazar
Carlos Gimenez
Earl Carter
Jack Brian
Henry Johnson
Richard McCormick
Austin Scott
Rick Allen
David Scott
Clay Fuller
James Moylan
Ed Case
Jill Tokuda
Russ Fulcher
Michael Simpson

Jonathan Jackson
Robin Kelly
Delia Ramirez
Jesus Garcia
Mike Quigley
Sean Casten
Danny Davis
Raja Krishnamoorthi
Janice Schakowsky
Bradley Schneider
Bill Foster
Mike Bost
Nikki Budzinski
Lauren Underwood
Mary Miller
Darrin LaHood
Eric Sorensen
Frank Mrvan
Rudy Yakym
Marlin Stutzman
James Baird
Victoria Spartz
Jefferson Shreve
Andre Carson
Mark Messmer
Eric Houchin

Mariannette Miller-Meeks
Ashley Hinson
Zachary Nunn
Randy Feenstra
Tracey Mann
Derek Schmidt
Sharice Davids
Ron Estes
James Comer
Brett Guthrie
Morgan McGarvey
Thomas Massie
Harold Rogers
Andy Barr
Steve Scalise
Troy Carter
Clay Higgins
Mike Johnson
Julia Letlow
Cleo Fields
Chellie Pingree
Jared Golden
Andy Harris
Johny Olszewski
Sarah Elfreth
Glenn Ivey

Steny Hoyer
April McClain Delaney
Kweisi Mfume
Jamie Raskin
Richard Neal
James McGovern
Lori Trahan
Jake Auchincloss
Katherine Clark
Seth Moulton
Ayanna Pressley
Stephen Lynch
William Keating
Jack Bergman
John Moolenaar
Hillary Scholten
Bill Huizenga
Tim Walberg
Debbie Dingell
Tom Barrett
Kristen McDonald Rivet
Lisa McClain
John James
Haley Stevens
Rashida Tlaib
Shri Thanedar

Brad Finstad
Angie Craig
Kelly Morrison
Betty McCollum
Ilhan Omar
Tom Emmer
Michelle Fischbach
Pete Stauber
Trent Kelly
Bennie Thompson
Michael Guest
Mike Ezell
Wesley Bell
Ann Wagner
Robert Onder
Mark Alford
Emmanuel Cleaver
Sam Graves
Eric Burlison
Jason Smith
Ryan Zinke
Troy Downing
Mike Flood
Don Bacon
Adrian Smith
Dina Titus

Mark Amodei
Susie Lee
Steven Horsford
Chris Pappas
Maggie Goodlander
Donald Norcross
Jefferson Van Drew
Herbert Conaway
Christopher Smith
Josh Gottheimer
Frank Pallone
Thomas Kean
Robert Menendez
Nellie Pou
LaMonica McIver
Mikie Sherrill
Bonnie Watson Coleman
Melanie Stansbury
Gabe Vasquez
Teresa Leger Fernandez
Nick LaLota
Andrew Garbarino
Thomas Suozzi
Laura Gillen
Gregory Meeks
Grace Meng

Nydia Velazquez
Hakeem Jeffries
Yvette Clark
Daniel Goldman
Nicole Malliotakis
Jerrold Nadler
Adriano Espaillat
Alexandria Ocasio-Cortez
Ritchie Torres
George Latimer
Michael Lawler
Patrick Ryan
Josh Riley
Paul Tonko
Elise Stefanik
John Mannion
Nicholas Langworthy
Claudia Tenney
Joseph Morelle
Timothy Kennedy
Julie Fedorchak
Kimberlyn Kings-Hinds
Greg Landsman
David Taylor
Joyce Beatty
Jim Jordan

Robert Latta
Michael Rulli
Max Miller
Warren Davidson
Marcy Kaptur
Michael Turner
Shontel Brown
Troy Balderson
Emilia Sykes (EMILIA SYKES)
David Joyce
Mike Carey
Kevin Hern
Josh Brecheen
Frank Lucas
Tom Cole
Stephanie Bice
Suzanne Bonamichi
Cliff Bentz
Maxine Dexter
Val Hoyle
Janelle Bynum
Andrea Salinas
Brian Fitzpatrick
Brendan Boyle
Dwight Evans
Madeleine Dean

Mary Gay Scanlon
Chrissy Houlahan
Ryan Mackenzie
Robert Bresnahan
Daniel Meuser
Scott Perry
Lloyd Smucker
Summer Lee
John Joyce
Guy Reschenthaler
Glenn Thompson
Mike Kelly
Christopher Deluzio
Pablo Hernandez
Gabe Amo
Seth Magaziner
Dusty Johnson
Diana Harshbarger
Tim Burchett
Charles Fleischmann
Scott DesJarlais
Andrew Ogles
John Rose
Matt Van Epps
David Kustoff
Steve Cohen

Nathaniel Moran
Dan Crenshaw
Keith Self
Pat Fallon
Lance Gooden
Jake Ellzey
Lizzie Fletcher
Morgan Luttrell
Al Green
Michael McCaul
August Pfluger
Craig Goldman
Ronny Jackson
Randy Weber
Monica De La Cruz
Veronica Escobar
Pete Sessions
Christian Menefee
Jodney Arrington
Joaquin Castro
Chip Roy
Troy Nehls
Tony Gonzales
Van Duyne, Beth
Roger Williams
Brandon Gill

Michael Cloud
Henry Cuellar
Sylvania Garcia
Jasmine Crockett
John Carter
Julie Johnson
Marc Veasey
Vicente Gonzalez
Greg Casar
Brian Babin
Lloyd Doggett
Wesley Hunt
Blake Moore
Celeste Maloy
Mike Kennedy
Burgess Owens
Becca Balint
Robert Wittman
Jennifer Kiggans
Robert Scott
Jennifer McClellan
John McGuire
Ben Cline
Eugene Vindan
Donald Beyer
Griffith H

Suhas Subramanyam
James Walkinshaw
Stacey Plaskett
Suzan DelBene
Rick Larsen
Mario Perez
Dan Newhouse
Michael Baumgartner
Emily Randall
Pramila Jayapal
Kim Schrier
Adam Smith
Marilyn Strickland
Carol Miller
Riley Moore
Bryan Steil
Mark Pocan
Derrick Van Orden
Gwen Moore
Scott Fitzgerald
Glenn Grothman
Thomas Tiffany
Tony Wild
Harriet Hageman

The whitehouse
1600 Pennsylvania Avenue
WASHINGTON, DC 20500

ADDTL
DEFENDANTS

Kay Ivey
Mike Dunleavy
Pula'ali'i Nikolao Pula
Katie Hobbs
~~Sand~~ Sarah Huckabee Sanders
Gavin Newsom
Jared Polis
Ned Lamont
Matt Meyer
Ron DeSantis
Brian Kemp
Lou Leon Guerrero
Josh Green
Brad Little
JB Pritzker
Mike Braun
Kim Reynolds
Laura Kelly
Andy Beshear
Jeff Landry
Janet Mills
Wes Moore
Maura Healey
Gretchen Whitmer
Tim Walz
Tate Reeves

Mike Kehoe
Greg Giaforte
Jim Pillen
Lombardo, Joe
Kelly Ayotte
Mikie Sherrill
Michelle Lujan Grisham
Kathy Hochul
Josh Stein
Kelly Armstrong
David Apatang
Mike DeWine
Kevin Stitt
Tina Kotek
Josh Shapiro
Jenniffer González-Colón
Dan McKee
Henry McMaster
Larry Rhoden
Bill Lee
Greg Abbott
Spencer Cox
Phil Scott
Albert Bryan
Abigail Spanberger
Bob Ferguson

Micah Abernathy
Kwame Luthuli Abernathy
Juandalyn Ralpheda Abernathy

Paul H. O'Neil

John W. Snow

Henry M. Paulson

Nicholas F. Brady

Catalina Vasquez Villalpando

Lloyd Austin

Peter B. Hegseth

Mark Esper

James Mattis

Ashton Carter

Chuck Hagel

Leon Panetta

Robert M. Gates

Donald H. Rumsfield

William S Cohen

William J Perry

Leslie Aspin

Frank T. Hines

Omar Bradley

Bob Nimmo

Thomas Turnage

Anthony Principi

Jim Nicholson

Eric Shinseki

Robert A. McDonald

Robert Wilkie

Denis McDonough

Valerija Raulinaitus

- Trammell Williams

Marjorie Leon - Valencia Seay

Miriam Lure    Joan Hood

Muna Lisa Lee    Oyama Caviness

Tony Lee - Solomon Caviness

Donzaleigh Abernathy
David Scott

Tom Ridge

Markwayne Mullin

Alejandro Mayorkas

Kirstjen M. Nielson

John F. Kelly

Jeh Charles Johnsen

Janet Napolitano

Michael Chertoff

Tom Ridge

Sonny Perdue

Joe Frank Harris

Otis Johnson

Van R. Johnson

Eddie Daniels

Margaret D. Shelley

Willie Davis

Lester Miller

Andre Dickens

Skip Henderson

Mike Mason

Larhonda Patrick

Garnet Johnson

Vince Williams

Donny Avula

Abigail Spanberger

Wes Moore

Joy Day

Ronald Dodson

Rusty Paul

Brian K. Mock

James Shepherd

Natasha Lee

Alveda King

Rosario Marin

Condoleeza Rice                         Brandon Beach   Rose Rios

Phaedra Parks               W. Stuart Symington

Peggy DeRose                James F. Entwistle

Tony A Tyson                Terrence P. McCulley

Greg Beacham               Mark Lippert

Cheryl Winder              Sung Y Kim

Jalen Winder               James Costos

Denise Bauer               Alan D. Solomont

Howard W. Gutman           Maria Lee

Alberto                     Marnie Lee

Michael Hoza               Ella Mae Bilbo

Robert P. Jackson          Theodore Bilbo, Jr.

Max Sieben Baucus          Theodore Bilbo, Sr.

Gary Locke                 Delecia Owens Bell

Esi Cthartey- Raul Yzaguirre       Laché R. Ray
Tagoe

James Brewster, Jr.        Pam Martin

Adam E. Namm               Linda Stouffer

Awilda Rivera  Robert S. Beecroft       Fred Blankenship

John Seymour  Mari Del Carmen Aponte    Karyn Greer

Cory Booker   Donald E. Booth           Zach Klein

Brian Schatz  Patricia M. Haslach       Kelly Loeffler

Myron Allen   Menelik Teferra           Ron DeSantis

Tyron Allen   Rogelio Nicacio Small     Greg Abbott

Laron Allen   Marvin D. Bills           Eric L. Johnson

Victor Hill   Peter F. Mulrean          K. Letrevious Williams

Vanessa Reese Pamela Ann White          Theresa Jacobs, MD
Crawford
              Kenneth H. Merten         Mellonee Houston Willis

Beverly Harvard Daniel B. Shapiro       Charles D. Willis, III

Doris Schierbaum Alice Wells            William McCray, III

Val Deming    Robert Godec              Michelle Fulz

              J. Scott Gration          Dawn Donaldson

              Lawrence R. Silverman     Virginia Thomas

Roderick Owens Earl Anthony Wayn        Clarence Thomas

              Henry Mc Master           Mike Crapo

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

b.    If the defendant is a corporation

The defendant, *(name)* _____ , is incorporated under

the laws of the State of *(name)* _____ , and has its

principal place of business in the State of *(name)* _____ .

Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

$ 50 Trillion due to International Commerce Relation and public humiliation via www and Social media. SCI Security Official / Intelligence Specialist Acts of Terrorism.

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Medical Records – Several hits to head with metal pole. Stabbed in front of a church. Cut with machete at KROG Salvation Arm. Heavy Blood Loss – Failure of Med / DOS to put me in Hospital as an Admit.

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

$ 50 Trillion to ensure foreign nations are not capable of damage to my reputation any further as a SCI Security Official. I want all revenue and assets of all defendants immediately paid to me, Fredrick Dunnell Lee by emergency Court Order Judgement.

Page 4 of 5